1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10
11 In the Disciplinary Matter of         )
12                                       )
   JAN WILLEM VERSTEEG                   )   ORDER TO SHOW CAUSE
13                                       )
                                         )
14 California State Bar                  )
   #89684                                )
15 _____   )

16        This Court has received notice that the Supreme Court of California has
17 suspended from the practice of law the above-referenced attorney effective
18 December 30, 2007.  Therefore, the above-referenced attorney is hereby ordered to
19 show cause, in writing within 30 days of the date of this order, why he or she should
20 not be suspended from the practice of law before this Court, pursuant to Rule 83-3.1.9
21 of the Local Rules for the Central District of California.
22        IT IS FURTHER ORDERED, that if the above-referenced attorney does not
23 contest the imposition of suspension from this Court or does not respond to the order
24 to show cause within the time specified, the Court shall issue an order of suspension
25 effective 30 days from the date of this order to show cause.
26        A response to this order to show cause must make the showing required in
27 Local Rule 83-3.1.9.  In addition, the above-referenced attorney must produce at the
28 time the response to the order to show cause is filed a certified copy of the entire

1

record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.

The response to the order to show cause and other documentation shall be mailed or delivered to:  U.S. Courthouse, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Clerk of Court.  The response to the order to show cause and other documentation shall not be filed with the Court.

Unless stated otherwise by order of the Court, the above-referenced attorney who has been suspended from the Bar of this court because of a suspension by the Supreme Court of California will be reinstated upon proof of reinstatement as an active member in good standing of the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney has been reinstated by the State Bar of California and reinstated to the Bar of this Court.

This Order to Show Cause is being mailed to the above-referenced attorney's current address as on file with the State Bar of California.

DATE: <u>February 13, 2008</u>

_____
Alicemarie H. Stotler
Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28